# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS. 4:00cr46-RH/WCS
    4:05cv445-RH/WCS

LEONARD CHARLES BROWN,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the court on the report and recommendation (document 115), and the objections thereto (document 116). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for relief from judgment pursuant to Rule 60(b) (document 114) is DISMISSED. The clerk shall enter judgment accordingly and close the file.

SO ORDERED this 7th day of February, 2006.

                    s/Robert L. Hinkle
                    Chief United States District Judge